# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-1356
Lower Tribunal No. 2018-CF-003011-A-O

_____

ANTONIO MOREZ WHEELER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Diego M. Madrigal, III, Judge.

May 5, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, WOZNIAK and KAMOUTSAS, JJ., concur.


Blair Allen, Public Defender, and Jeri Delgado, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Roberts J. Bradford, Jr., Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED